UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| PERKINS, LAWRENCE C. | ) | CASE NO.  05 B 64031 |
| | ) | |
| DEBTOR | ) | JUDGE EUGENE R. WEDOFF |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

To:     **Phillip D. Levey**
        **Registrant's e-mail: levey47@hotmail.com**

        **Please Take Notice** that on January 23, 2008, the United States Trustee for the Northern District of
Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S.
Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

        The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set
forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final
Report.

**REQUEST FOR NOTICE**

        Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice
be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for
compensation and reimbursement of expenses, and the trustee's final report.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

DATED: January 23, 2008          BY:    /s/ Richard Friedman
                                        Richard Friedman, Attorney
                                        OFFICE OF THE U.S. TRUSTEE
                                        227 WEST MONROE, SUITE 3350
                                        CHICAGO, ILLINOIS  60606
                                        (312) 886-3320

**CERTIFICATE OF SERVICE**

        I, Richard Friedman, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative
Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the
Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was
accomplished through the Court's Electronic Notice for Registrants on January 23, 2008.

                                        /s/ Richard Friedman