UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PERKINS, LAWRENCE C. | ) | CASE NO. 05 B 64031 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

Social Security/Employer Tax ID Number:    XXX-XX-8895

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604

On: **February 27, 2008**         Time: **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $100,425.35 |
| Disbursements | $44,222.02 |
| Net Cash Available for Distribution | $56,203.33 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey Trustee | $0.00 | $6,287.43 | $147.38 |
| Phillip D. Levey Attorney For Trustee | $0.00 | $8,330.00 | $0.00 |
| Ltd. Lois West & Popowcer Katten Accountant For Trustee | $0.00 | $1,020.00 | $0.00 |

5.    Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows:

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  None

7.      Claims of general unsecured creditors totaling $677.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100% plus 4.3400% interest.  Based on the aforesaid distributions, it appears that this is a surplus estate. Further, said surplus will be paid to the debtor(s) in the approximate amount of $39,676.68.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | Citibank ( South Dakota ) N.A. | $677.99 | $741.84 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| 9242 S. Laflin, Chicago, IL | $145,000.00 |
| Checking Account | $0.00 |
| Household Furnishings | $400.00 |
| Wearing Apparel | $300.00 |
| Life Insurance | $0.00 |
| Pension | $0.00 |
| 1995 Cadillac DeVille | $900.00 |
| 1985 Buick Riviera | $300.00 |

Dated:  **January 31, 2008**                              For the Court,


By:    **KENNETH S. GARDNER** _____
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street; 7th Floor
        Chicago, IL 60604

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL  60614 |
| Phone No.: | (773) 348-9682 |

**<u>SERVICE LIST</u>**

**LAWRENCE C. PERKINS**
**05 B 64031**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Jan 31, 2008
Case: 05-64031               Form ID: pdf002           Total Served: 28
```

The following entities were served by first class mail on Feb 02, 2008.
```
db          +Lawrence C. Perkins,   9242 S. Laflin,   Chicago, IL 60620-5041
aty         +Ernesto D Borges,   Law Offices of Ernesto Borges,   105 W Madison Street,   23rd Floor,
             Chicago, IL 60602-4818
aty         +Lois West,   Popowcer Katten Ltd,   35 E Wacker Dr, Suite 902,   Chicago, Il 60601-2314
aty         +Popowcer Katten Ltd,   Popowcer Katten Ltd,   35 E Wacker Dr, Ste 902,   Chicago, IL 60601-2314
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
10540988    +AT Petropoulos,   11800 Southwest Highway,   Attn: Bankruptcy Dept.,
             Palos Heights, IL 60463-1029
10540987    +Advocate Health Care,   PO Box 830913,   Attn: Bankruptcy Dept.,   Birmingham, AL 35283-0913
10540989    +Bally's Total Fitness,   300 E. Joppa Rd.,   Towson, MD 21286-3072
10540990    +Carson Pirie Scott,   140 W. Industrial Dr.,   Elmhurst, IL 60126-1602
10540991    +Cbusasears,   PO Box 6189,   Sioux Falls, SD 57117-6189
10540992    +Chase Manhattan Bank USA, N.A.,   300 Tice Boulevard 3rd Floor North,
             Woodcliff Lake, NJ 07677-8406
10946183    +Citibank ( South Dakota ) N.A.,   DBA: SEARS,   POB 182149,   Columbus, OH 43218-2149
10540993     City of Chicago - EMS,   Dept. of Revenue - EMS,   33589 Treasury Center,
             Chicago, IL 60694-3500
10540994     Credit Collection Services,   Client Services,   2 Wells Ave.,   Newton Center, MA 02459-3208
10540995    +Cross Country Bank,   P.O. Box 988,   Harrisburg, PA 17108-0988
10540996    +FMA Alliance,   11811 N. Freeway,   Suite 900,   Houston, TX 77060-3292
10540997    +Ford Motor Credit,   Dept 5558901,   P.O. Box 55000,   Detroit, MI 48255-0001
10540998    +Holy Cross Hospital,   2701 W. 68th St.,   Billing,   Chicago, IL 60629-1813
10541000     ICS Collection Service,   PO Box 646,   Oak Lawn, IL 60454-0646
10541001    +Little Company of Mary,   2800 W. 95th Street,   Attn: Bankruptcy Dept.,
             Evergreen Park, IL 60805-2795
10541002    +Malcom S. Gerald And  Associates,   332 S. Michigan Ave Ste 514,   Chicago, IL 60604-4318
10541003    +Medical Payment Data,   220 South Harrison Street,   East Orange, NJ 07018-1401
10541004    +MidAmerca Cardiovascular Consultant,   5009 W. 95th St.,   Attn: Bankruptcy Dept.,
             Oak Lawn, IL 60453-2401
10541005     Progressive Recovery Techniques,   P.O. Box 802079,   Chicago, IL 60680-2079
10541006    +Shahbain Internal Medicine,   7530 W. College Dr.,   Attn: Bankruptcy Dept.,
             Palos Heights, IL 60463-1196
10541007    +US Cellular,   P.O. Box 105780,   Attn: Bankruptcy Dept.,   Atlanta, GA 30348-5780
10541008     Vital Recovery Services,   P.O. Box 92347,   Norcross, GA 30010
10540999   ++WACHOVIA BANK NA,   P O BOX 13765,   ROANOKE VA 24037-3765
             (address filed with court: Homeq Servicing Corporation,   PO Box 13716,   Sacramento, CA 95853)
```
The following entities were served by electronic transmission.
```
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Century 21 Kmiecik Realtors of Chicago
aty          Fred C Stark
aty*        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
                                                                               TOTALS: 2, * 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2008**                 **Signature:** *Joseph Speetjens*