IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LAWRENCE C. PERKINS, | ) | CASE NO. 05 B 64031 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE EUGENE R. WEDOFF
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 4-26-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7
)
PERKINS, LAWRENCE C. ) CASE NO. 05 B 64031
)
Debtor(s) ) HON. EUGENE R. WEDOFF

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $6,287.43 |
| 2. | Trustee's expenses | $147.38 |
| | TOTAL | $6,434.81 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1.  Attorney for the Trustee
    a.  Chapter 7 Compensation                $8,330.00
    b.  Chapter 7 Expenses                    $0.00
    c.  Chapter 11 Compensation               $0.00
    d.  Chapter 11 Expenses                   $0.00

2.  Accountant for the Trustee
    a.  Chapter 7 Compensation                $1,020.00
    b.  Chapter 7 Expenses                    $0.00
    c.  Chapter 11 Compensation               $0.00
    d.  Chapter 11 Expenses                   $0.00

3.  Other professionals
    a.  Chapter 7 Compensation                $0.00
    b.  Chapter 7 Expenses                    $0.00
    c.  Chapter 11 Compensation               $0.00
    d.  Chapter 11 Expenses                   $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**

FEB 2 7 2008

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7
)
PERKINS, LAWRENCE C. ) CASE NO. 05 B 64031
)
Debtor(s) ) HON. EUGENE R. WEDOFF

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $15,784.81 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(10)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $677.99 |
| Interest (726(a)(5) | $63.85 |
| Surplus to Debtor (726(a)(6) | $39,783.14 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $56,309.79 |

EXHIBIT D

Case Number: 05-64031   EW   
Debtor Name: PERKINS, LAWRENCE C.

Page 1

Date: February 29, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $56,309.79 |
| | **Claim Type -** | | | | | | | | | | |
| | Phillip D. Levey COMPENSATION | Admin | | $6,287.43 * $6,287.43 | $0.00 | $6,287.43 | $6,287.43 | $0.00 | $0.00 | $6,287.43 | $50,022.36 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | Phillip D. Levey EXPENSES | Admin | | $147.38 * $147.38 | $0.00 | $147.38 | $147.38 | $0.00 | $0.00 | $147.38 | $49,874.98 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type** | | | $6,434.81 * $6,434.81 | $0.00 | $6,434.81 | $6,434.81 | $0.00 | $0.00 | $6,434.81 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $8,330.00 * $8,330.00 | $0.00 | $8,330.00 | $8,330.00 | $0.00 | $0.00 | $8,330.00 | $41,544.98 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $8,330.00 * $8,330.00 | $0.00 | $8,330.00 | $8,330.00 | $0.00 | $0.00 | $8,330.00 | |
| | **Claim Type 3310-00 - Accountant for Trustee Fees** | | | | | | | | | | |
| | Lois West & Popowcer Katten, Ltd. | Admin | 001 | $1,020.00 * $1,020.00 | $0.00 | $1,020.00 | $1,020.00 | $0.00 | $0.00 | $1,020.00 | $40,524.98 |
| | Percent Paid: 100.00000 % | | | | | | | | | | |
| | **Subtotal For Claim Type 3310-00** | | | $1,020.00 * $1,020.00 | $0.00 | $1,020.00 | $1,020.00 | $0.00 | $0.00 | $1,020.00 | |
| | **Subtotals For Class Administrative   100.00000 %** | | | $15,784.81 * $15,784.81 | $0.00 | $15,784.81 | $15,784.81 | $0.00 | $0.00 | $15,784.81 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | | | |
| 000001 | Citibank ( South Dakota ) N.A. DBA: SEARS POB 182149 Columbus, OH 43218 | Unsec | 070 | $677.99 * $677.99 | $0.00 | $677.99 | $677.99 | $0.00 | $63.85 | $741.84 | $39,783.14 |
| | Percent Paid: 109.41754 % | | | | | | | | | | |

**FINAL DISTRIBUTION**

Case Number: 05-64031    EW  
Debtor Name: PERKINS, LAWRENCE C.

Page 2

Date: February 29, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 7100-00 | | | $677.99 *<br>$677.99 | $0.00 | $677.99 | $677.99 | $0.00 | $63.85 | $741.84 | |
| | **Claim Type 8200-00 - Surplus Funds Paid to Debtor** | | | | | | | | | | |
| | PERKINS, LAWRENCE C.<br>9242 S. LAFLIN<br>CHICAGO, IL 60620-5041 | Unsec | 999<br>Percent Paid: 100.00000 % | $0.00 *<br>$39,783.14 | $0.00 | $39,783.14 | $39,783.14 | $0.00 | $0.00 | $39,783.14 | $0.00 |
| | Subtotal For Claim Type 8200-00 | | | $0.00 *<br>$39,783.14 | $0.00 | $39,783.14 | $39,783.14 | $0.00 | $0.00 | $39,783.14 | |
| | Subtotals For Class Unsecured | | 100.15781 % | $677.99 *<br>$40,461.13 | $0.00 | $40,461.13 | $40,461.13 | $0.00 | $63.85 | $40,524.98 | |
| | << Totals >> | | | $16,462.80 *<br>$56,245.94 | $0.00 | $56,245.94 | $56,245.94 | $0.00 | $63.85 | $56,309.79 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 12/16/05 through 02/15/08 at a rate of 4.34% (annualized simple interest).

PROPDIS9

Printed: 02/29/08 11:59 AM    Ver: 12.62a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-64031 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | PERKINS, LAWRENCE C. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2245  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4848 | | | |
| For Period Ending: | 04/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/24/07 | 2 | Chicago Title & Trust Company | Sale of Real Estate | | 56,623.98 | | 56,623.98 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:        100,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | HOME EQ SERVICING | Memo Amount:    (    34,824.92 ) | 4110-000 | | | |
| | | | Pay-Off First Mortgage Loan | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount:    (    6,000.00 ) | 3510-000 | | | |
| | | | COMMISSION ON SALE OF REAL ESTATE | | | | |
| | | STATE OF ILLINOIS | Memo Amount:    (    50.00 ) | 2500-000 | | | |
| | | | State of Illinois Transfer Stamps | | | | |
| | | COOK COUNTY | Memo Amount:    (    100.00 ) | 2500-000 | | | |
| | | | Cook County Transfer Stamps | | | | |
| | | LANDMARK ENGINEERING CORP. | Memo Amount:    (    295.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | CHICAGO TITLE INSURANCE COMPANY | Memo Amount:    (    990.00 ) | 2500-000 | | | |
| | | | Title Insurance Charges | | | | |
| | | CITY OF CHICAGO | Memo Amount:    (    417.82 ) | 2500-000 | | | |
| | | | Water Bill | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:    (    392.29 ) | 4700-000 | | | |
| | | | Tax Prorations - 2006 | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:    (    305.99 ) | 4700-000 | | | |
| | | | Real Estate Tax Prorations - 2007 | | | | |
| 05/31/07 | 10 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 6.84 | | 56,630.82 |
| 06/29/07 | 10 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 69.81 | | 56,700.63 |
| 07/31/07 | 10 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 72.24 | | 56,772.87 |
| 08/31/07 | 10 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 72.33 | | 56,845.20 |
| 09/27/07 | 000101 | United States Treasury | 2007 FORM 1041 | 2810-000 | | 408.00 | 56,437.20 |
| | | | FEIN 75-6814848 | | | | |
| 09/27/07 | 000102 | ILLINOIS DEPARTMENT OF REVENUE | 2007 IL-1041 | 2820-000 | | 438.00 | 55,999.20 |
| | | | FEIN 75-6814848 | | | | |
| 09/28/07 | 10 | BANK OF AMERICA | Interest Rate  1.500 | 1270-000 | 70.08 | | 56,069.28 |

Page Subtotals    56,915.28    846.00

Ver: 12.62a

LFORM24

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-64031 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | PERKINS, LAWRENCE C. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2245 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4848 | | | |
| For Period Ending: | 04/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | 10 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 71.76 | | 56,141.04 |
| 11/30/07 | 10 | BANK OF AMERICA | Interest Rate 1.050 | 1270-000 | 62.29 | | 56,203.33 |
| 12/31/07 | 10 | BANK OF AMERICA | Interest Rate 0.850 | 1270-000 | 47.66 | | 56,250.99 |
| 01/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 37.27 | | 56,288.26 |
| 02/29/08 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 21.53 | | 56,309.79 |
| 02/29/08 | | Transfer to Acct #*******3030 | Final Posting Transfer | 9999-000 | | 56,309.79 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 100,000.00 | COLUMN TOTALS | | 57,155.79 | 57,155.79 | 0.00 |
| | Memo Allocation Disbursements: | 43,376.02 | Less: Bank Transfers/CD's | | 0.00 | 56,309.79 | |
| | | | Subtotal | | 57,155.79 | 846.00 | |
| | Memo Allocation Net: | 56,623.98 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,155.79 | 846.00 | |

Page Subtotals    240.51    56,309.79

Ver: 12.62a

FORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-64031 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | PERKINS, LAWRENCE C. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3030 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4848 | | | |
| For Period Ending: | 04/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/08 | | Transfer from Acct #*******2245 | Transfer In From MMA Account | 9999-000 / 56,309.79 | | 56,309.79 |
| 03/02/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | 6,287.43 | 50,022.36 |
| 03/02/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | 147.38 | 49,874.98 |
| 03/02/08 | 000103 | Phillip D. Levey | | 3110-000 | 8,330.00 | 41,544.98 |
| 03/02/08 | 000104 | Lois West & Popowcer Katten, Ltd. | | 3310-000 | 1,020.00 | 40,524.98 |
| 03/02/08 | 000105 | Citibank ( South Dakota ) N.A.<br>DBA: SEARS<br>POB 182149<br>Columbus, OH 43218 | Claim 000001, Payment 109.41754% | | 741.84 | 39,783.14 |
| | | | Claim    677.99 | 7100-000 | | 39,783.14 |
| | | | Interest    63.85 | 7990-000 | | 39,783.14 |
| 03/02/08 | 000106 | PERKINS, LAWRENCE C.<br>9242 S. LAFLIN<br>CHICAGO, IL 60620-5041 | Surplus Funds | 8200-002 | 39,783.14 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 56,309.79 | 56,309.79 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 56,309.79 | 0.00 | |
| | | Subtotal | | 0.00 | 56,309.79 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 39,783.14 | |
| | | Net | | 0.00 | 16,526.65 | |
| | | | | | NET | ACCOUNT |
| | | | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Receipts | 100,000.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements | 43,376.02 | Money Market Account (Interest Earn - *******2245) | | 57,155.79 | 846.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******3030) | | 0.00 | 16,526.65 | 0.00 |
| Total Memo Allocation Net | 56,623.98 | | | 57,155.79 | 17,372.65 | 0.00 |
| | | Page Subtotals | | 56,309.79 | 56,309.79 | |

Ver: 12.62a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Case No: 05-64031 -EW
Case Name: PERKINS, LAWRENCE C.
Taxpayer ID No: *******4848
For Period Ending: 04/26/08

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3030 Checking Account (Non-Interest Bear
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

(Excludes Account Transfers) (Excludes Payments To Debtors)

Total Funds On Hand

Page Subtotals  0.00  0.00

Ver: 12.62a
LFORM2